Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com

Thomas A. Vallas, Esq.
Nevada Bar No. 004076
Hoy Chrissinger Kimmel Vallas
50 W. Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: 775.786.8000
Facsimile: 775.786.7426
Email: TVallas@nevadalaw.com

*Attorneys for Defendant
Victory Woodworks, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLADIMIK JARA, | Case No.  3:20-cv-00690-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS** |
| VICTORY WOODWORKS, INC., | |
| Defendant. | |

WHEREAS, on January 6, 2021, Defendant Victory Woodworks, Inc. ("Defendant") filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) (ECF No. 6).

WHEREAS, on January 8, 2021, Plaintiff Bladimik Jara ("Plaintiff") filed a Response to Defendant's Motion to Dismiss requesting that no further action by either side be required until the EEOC issues a Notice of Right to Sue (ECF No. 8).

WHEREAS, on January 27, 2021, Defendant filed its Reply in Support of Motion to Dismiss (ECF No. 9).

WHEREAS, Plaintiff received a Notice of Right to Sue from the EEOC after Defendant's Reply was filed, and submitted same to the Court on February 3, 2021.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that Defendant's Motion to Dismiss is hereby withdrawn and Defendant will file an answer to Plaintiff's Complaint on or before February 10, 2021.

IT IS SO STIPULATED.

DATED this 5th day of February, 2021.            DATED this 5th day of February, 2021.

WILSON, ELSER, MOSKOWITZ, EDELMAN            LAW OFFICE OF MARK MAUSERT
& DICKER LLP

By:   */s/ Sheri M. Thome*                                    By:   */s/ Mark Mausert*
     Sheri M. Thome, Esq.                                      Mark Mausert, Esq.
     Nevada Bar No. 008657                                     Nevada Bar No. 2398
     6689 Las Vegas Blvd. South, Suite 200                     729 Evans Avenue
     Las Vegas, Nevada 89119                                   Reno, NV 89512
     Telephone: 702.727.1400                                   Telephone: (775) 786-5477
     Facsimile: 702.727.1401                                   Facsimile:  (775) 786-9658
     Sheri.Thome@wilsonelser.com                               mark@markmausertlaw.com
     *Attorneys for Defendant*                                 *Attorney for Plaintiff*
     *Victory Woodworks, Inc.*                                 *Bladimik Jara*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 8, 2021

-2-

1691171v.1