Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com

Thomas A. Vallas, Esq.
Nevada Bar No. 004076
**HOY CHRISSINGER KIMMEL VALLAS**
50 W. Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: 775.786.8000
Facsimile: 775.786.7426
Email: TVallas@nevadalaw.com

*Attorneys for Defendant*
*Victory Woodworks, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLADIMIK JARA; DAVID PEARSON | Case No.  3:20-cv-00690-MMD-WGC |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EARLY NEUTRAL EVALUATION** |
| VICTORY WOODWORKS, INC., | |
| Defendant. | **[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, as to the following:

This Court previously scheduled a status conference in the above-entitled case for March 24, 2021, at 9:00 a.m. (ECF No. 11) and an ENE for April 1, 2021 at 1:30 p.m. (ECF No. 10). Subsequently, Plaintiff Jara amended his complaint to add another Plaintiff, David Pearson, and the Amended Complaint was filed on February 23, 2021. (ECF No. 19)  The parties would like to continue the Status Conference and ENE to allow Mr. Pearson to attend and to enable Defendant to assess its position on both plaintiffs' claims before attending the ENE.

251224755v.1

1    After obtaining potential dates from the Court and conferring, the parties request that the

2    status conference be continued in the above-entitled case for May 20, 2021, at 10:00 a.m., and that

3    the ENE conference be continued to May 27 2021, at 1:30 p.m.

4

5    IT IS SO STIPULATED.

6    DATED this _23rd_____ day of March, 2021.     DATED this __23rd____ day of March, 2021.

7    WILSON, ELSER, MOSKOWITZ, EDELMAN     LAW OFFICE OF MARK MAUSERT
     & DICKER LLP
8

9    By:   _/s/ Sheri M. Thome_____     By:   _/s/ Mark Mausert_____
           Sheri M. Thome, Esq.                          Mark Mausert, Esq.
10          Nevada Bar No. 008657                         Nevada Bar No. 2398
           6689 Las Vegas Blvd. South, Suite 200         729 Evans Avenue
11          Las Vegas, Nevada 89119                       Reno, NV 89512
           Sheri.Thome@wilsonelser.com                   Telephone: (775) 786-5477
12                                                        Facsimile:  (775) 786-9658
           Thomas A. Vallas, Esq.                         mark@markmausertlaw.com
13          Nevada Bar No. 004076                         Attorney for Plaintiff
           **HOY CHRISSINGER KIMMEL**                     Bladimik Jara
14          **VALLAS**
           50 W. Liberty Street, Suite 840
15          Reno, Nevada 89501
           Email: TVallas@nevadalaw.com
16          Attorneys for Defendant
           Victory Woodworks, Inc.
17

18                                   **ORDER**

19    Good cause appearing, IT IS SO ORDERED that the status conference is continued to May

20    20, 2021, at 10:00 a.m., and that the ENE conference is continued to May 27 2021, at 1:30 p.m.

21

22                                   _____

23                                   UNITED STATES MAGISTRATE JUDGE

24                                   DATED:  March 23, 2021_____

25

26

27

28

                                        -2-

## Hernandez, Celeste

| | |
|---|---|
| **From:** | Thome, Sheri |
| **Sent:** | Monday, March 22, 2021 5:54 PM |
| **To:** | Hernandez, Celeste |
| **Cc:** | 'Tom Vallas'; Maile, Lani U. |
| **Subject:** | FW: Jara, Pearson vs. Victory Woodworks |

Celeste, please file.  Thanks.

**From:** Mark Mausert [mailto:Mark@markmausertlaw.com]
**Sent:** Monday, March 22, 2021 5:48 PM
**To:** Thome, Sheri <Sheri.Thome@wilsonelser.com>; Brittaney Martin <Brittaney@markmausertlaw.com>
**Subject:** RE: Jara, Pearson vs. Victory Woodworks

[EXTERNAL EMAIL]

Sheri,

Go ahead and affix my signature and file in Court. Thanks.
Mark

**From:** Thome, Sheri <Sheri.Thome@wilsonelser.com>
**Sent:** Monday, March 22, 2021 3:39 PM
**To:** Brittaney Martin <Brittaney@markmausertlaw.com>; Mark Mausert <Mark@markmausertlaw.com>; 'Tom Vallas' <tvallas@nevadalaw.com>
**Cc:** Maile, Lani U. <Lani.Maile@wilsonelser.com>; Saxe, Nathaniel <Nathaniel.Saxe@wilsonelser.com>
**Subject:** RE: Jara, Pearson vs. Victory Woodworks
**Importance:** High

Hi,

Attached is the stipulation.  May we affix your electronic signature?  I would like to this on file asap.

Sheri

**From:** Brittaney Martin [mailto:Brittaney@markmausertlaw.com]
**Sent:** Monday, March 22, 2021 10:43 AM
**To:** Thome, Sheri <Sheri.Thome@wilsonelser.com>; Mark Mausert <Mark@markmausertlaw.com>; 'Tom Vallas' <tvallas@nevadalaw.com>
**Cc:** Maile, Lani U. <Lani.Maile@wilsonelser.com>; Saxe, Nathaniel <Nathaniel.Saxe@wilsonelser.com>
**Subject:** Re: Jara, Pearson vs. Victory Woodworks

[EXTERNAL EMAIL]

Hi there!
May 20 or May 27 work for our office.
Will this include both plaintiffs?