Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com

Thomas A. Vallas, Esq.
Nevada Bar No. 004076
**HOY CHRISSINGER KIMMEL VALLAS**
50 W. Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: 775.786.8000
Facsimile: 775.786.7426
Email: TVallas@nevadalaw.com

*Attorneys for Defendant
Victory Woodworks, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLADIMIK JARA and DAVID PEARSON, | Case No. 3:20-cv-00690-MMD-WGC |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| VICTORY WOODWORKS, INC., | |
| Defendant. | |

Defendant Victory Woodworks, Inc. ("Victory"), by and through its counsel, Sheri M. Thome, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Thomas A. Vallas, Esq., of Hoy Chrissinger Kimmel Vallas, and Plaintiffs Bladimik Jara and David Pearson, by and through their counsel, Mark Mausert, Esq., of the Law Office of Mark Mausert, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action. FRCP 41(a)(1)(ii). This dismissal includes all claims, crossclaims and counterclaims actually asserted or that could have been asserted by the parties hereto.

/ / /

/ / /

255624015v.1

| | |
|---|---|
| IT IS SO STIPULATED. | |
| DATED this 12 day of July, 2021. | DATED this 30th day of June, 2021. |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | LAW OFFICE OF MARK MAUSERT |
| By: *[signature]* <br> Sheri M. Thome, Esq. <br> Nevada Bar No. 008657 <br> 6689 Las Vegas Blvd. South, Suite 200 <br> Las Vegas, Nevada 89119 <br> Telephone: (702) 727-1400 <br> Facsimile: (702) 727-1401 <br> Sheri.Thome@wilsonelser.com <br><br> Thomas A. Vallas, Esq. <br> Nevada Bar No. 004076 <br> HOY CHRISSINGER KIMMEL VALLAS <br> 50 W. Liberty Street, Suite 840 <br> Reno, Nevada 89501 <br> Telephone: (775) 786.8000 <br> Facsimile: (775) 786.7426 <br> TVallas@nevadalaw.com <br> *Attorneys for Defendant* <br> *Victory Woodworks, Inc.* | By: *[signature]* <br> Mark Mausert, Esq. <br> Nevada Bar No. 002398 <br> 729 Evans Avenue <br> Reno, NV 89512 <br> Telephone: (775) 786-5477 <br> Facsimile: (775) 786-9658 <br> mark@markmausertlaw.com <br> *Attorney for Plaintiffs* <br> *Bladimik Jara and David Pearson* |

## ORDER

Upon stipulation of the parties and for good cause shown, the above-captioned action, including all claims, cross-claims and counterclaims actually asserted or that could have been asserted, is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: 7/14/2021

255624015v.1